IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| VRC, LLC | : | CASE NO. 5:23-bk-00926-MJC |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of the United States Trustee's Office in the above captioned case.

           Respectfully submitted,

           ANDREW R. VARA
           UNITED STATES TRUSTEE
           REGIONS 3 & 9

           D. Troy Sellars
           Assistant United States Trustee

           By:/s/ Gregory B. Schiller
           Gregory B. Schiller, Esq., Trial Attorney
           United States Department of Justice
           Office of the United States Trustee
           Middle District of Pennsylvania
           Sylvia H. Rambo U.S. Courthouse
           1501 North 6th Street, Box 302
           Harrisburg, PA 17102
           Tel. (717) 221-4515
           Fax (717) 221-4554
           Email: Gregory.B.Schiller@usdoj.gov

Dated: April 27, 2023