IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| VRC, LLC, | : | CASE NO.: 5:23-bk-00926-MJC |
| | : | |
| Debtor-In-Possession | : | |
| | : | |
| ANDREW R. VARA | : | |
| UNITED STATES TRUSTEE, | : | |
| | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| VRC, LLC, | : | |
| | : | |
| Respondent | : | |

**<u>ORDER</u>**

Upon consideration of the Motion Of The United States Trustee For Order Converting Debtor's Chapter 11 Case To A Case Under Chapter 7, Or, In The Alternative, Dismissing Debtor's Chapter 11 Case, and the record as a whole, IT IS HEREBY ORDERED THAT:

[ ] This case is converted from a case under 11 U.S.C. Chapter 11 to a case under 11 U.S.C. Chapter 7.

[ ] This case is dismissed.