# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 5/15/2023 |
| Case: 5:23–bk–00926–MJC | Form ID: nthrgreq | Total: 18 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| aty | Gregory Benjamin Schiller | Gregory.B.Schiller@usdoj.gov |
| aty | J. Zac Christman | zac@fisherchristman.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | VRC, LLC | 6272 Route 191 | Cresco, PA 18326 | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | |
| 5537240 | Contract Callers Inc | 501 Greene Street | 3rd Floor, Suite 302 | Augusta, GA 30901 |
| 5537241 | Furino Fuels | 116 M C T A Drive | Swiftwater, PA 18355 | |
| 5537242 | IC System, Inc. | 444 Highway 96 East | PO Box 64378 | St. Paul, MN 55164–0378 |
| 5537243 | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia PA 19101–7346 |
| 5537244 | Kirkwood Equity Fund, LLC | 7237 Periwinkle Drive | Macungie, PA 18062 | |
| 5537245 | Obermayer Rebman Maxell & Hippel, LLP | Nicholas Poduslenko, Esquire | Centre Square West 1500 Market Street, Suite 3400 | Philadelphia, PA 19102 |
| 5537248 | PPL Electric Utilities | 827 Hausman Road | Allentown, PA 18104–9392 | |
| 5537246 | Pacific RBLF REO, LLC | 50 California Street, Suite 1500 | San Franciso, CA 94111 | |
| 5537247 | Pennsylvania Dep't of Revenue | PO Box 280946 | Attn: Bankruptcy Division | Harrisburg PA 17128–0946 |
| 5537249 | Pump House Inn & Spa, LLC | 2735 Route 390 | Canadensis, PA 18325 | |
| 5537250 | Svetlana Hanover | 6272 Route 191 | Cresco, PA 18326 | |
| 5537251 | The Dime Bank | 820 Church Street | Honesdale, PA 18431 | |
| 5537252 | VRC2735, LLC | 6272 Route 191 | Cresco, PA 18326 | |

TOTAL: 15