IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| VRC, LLC, | : | Case No. 23-00926-MJC |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Michael D. Vagnoni, Esquire, attorney for Kirkwood Equity Fund LLC, hereby certify that on May 16, 2023, a true and correct copy of the Notice of Appearance and Request for Service of Papers in the above captioned case was served electronically via the Court's CM/ECF system or First Class U.S. Mail upon the attached service list.

*/s/ Michael D. Vagnoni*
Michael D. Vagnoni, Esquire

# SERVICE LIST

J. Zac Christman, Esquire on behalf of Debtor, VRC, LLC
zac@fisherchristman.com

Office of the United States Trustee
ustpregion03.ha.ecf@usdoj.gov

Gregory Benjamin Schiller, Office of the US Trustee
Gregory.B.Schiller@usdoj.gov

4884-3709-1428 v1-5/16/23